FILED
MAY 30 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES CASTON, )
aka ELIJAH MUHAMMAD, JR., )
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　)
　　　v. ) Civil Action No.　　08 0934
　　　　　　　　　　　　　　　　　　)
PRESIDENT GEORGE W. BUSH, et al., )
　　　　　　　　　　　　　　　　　　)
　　　　Defendants. )

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that plaintiff's motion to use a P.O. Box is GRANTED, and it is

FURTHER ORDERED the complaint is DISMISSED WITHOUT PREJUDICE and the motion for a temporary restraining order is DENIED as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: 5/15/08